*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

Case No.:  8:15-cr-216-T-24EAEP                          Date:  March 22, 2016

U.S.A. v. Pascual Carlos Pietri

**HONORABLE SUSAN C. BUCKLEW**                 Interpreter: n/a

Court  Reporter: Claudia Spangler-Fry           Courtroom Deputy: Susan Saylor

Attorney(s) for Government:                    Attorney(s) for Defendant:
Simon Gaugush & Josie Thomas                   Dionja Dyer, AFPD

Time:   10:20 - 10:56   =   .36

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

X___  Deft sworn.                               USPO:  Tracy Shroyer / Joshua Luria

X___  Defendant is adjudged guilty on Count 1 of the Information (plea agreement).

X___  Imprisonment: **51  Months** as to Count 1

____  The Court makes the following recommendations to the Bureau of Prisons:
      ( ) Confinement at FCI Coleman or FCI.
      ( ) Defendant to reside at A Community Sanctions Center.
      ( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation.
      ( ) Defendant to participate in the 500 hour Intensive Drug Program.
      ( ) Other:

X___  Supervised Release: **3 Years** as to Count 1

X___  Fine is **waived.**

X___  Restitution: $ 7,999  *(See Criminal Monetary Penalties - Page 5 of the Judgment for details)* joint and several with.

      While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job.  *Upon release from custody*, the defendant shall make monthly payments of no less than **$100.00** and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in his ability to pay.

X___  Special Assessment:  **$100.00**      (X)  To be paid immediately.

X___  Special conditions of (  ) probation  (X) supervised release:

(X) Defendant shall participate as directed in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

(X) Defendant shall participate as directed in a program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

(X) The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X) The defendant shall provide the probation officer access to any requested financial information.

(X) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the Probation Officer.

(X) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

(X) The defendant shall submit to a search of his person, residence, place of business, any storage unites under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

X     Defendant is remanded to the custody of the US Marshal.

X     Defendant advised of right to appeal and to counsel on appeal.

X     Defendant on the record informs the Court that he is satisfied with the representation of his/her attorney.

OTHER:

Total Offense Level:              19
Criminal History Category:        IV
Imprisonment Range:      46  -  57     months
Supervised Release Range:  1 - 3     years
Restitution:  $7,999
Fine Range: $7,500   to   $75,000
Special Assessment:  $100.00


 X     Defendant is found indigent for purposes of appeal and <u>AFPD Dionja Dyer</u> is appointed to represent the defendant should he wish to pursue an appeal.